UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDINAL HEALTH 106, INC., <br> f/k/a James W. Daly, Inc., <br> d/b/a Cardinal Health, <br><br> Plaintiff, <br><br> v. <br><br> ALDAMEL, INC., d/b/a Crescent Pharmacy; <br> AMERISOURCE BERGER DRUG <br> CORPORATION, f/k/a AmeriSource <br> Corporation; <br> JAMES BRUDNICK COMPANY, INC.; <br> COMMONWEALTH OF MASSACHUSETTS <br> DEPARTMENT OF REVENUE; and <br> INTERNAL REVENUE SERVICE, <br><br> Defendants. | CIVIL ACTION <br> NO. <br><br> **04cv10358RWZ** <br><br> Formerly <br> Essex Superior Court <br> Civil Action No. 2004-00045 |

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America (Internal Revenue Service). Attorney Lydia D. Bottome will remain as lead counsel for the defendant in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 23 February 2004
/s/ Barbara Healy Smith
Assistant U.S. Attorney