IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDINAL HEALTH 106, INC., f/k/a JAMES W. DALY, INC., d/b/a CARDINAL HEALTH,<br><br>        Plaintiff,<br><br>v.<br><br>ALDAMEL, INC., d/b/a CRESCENT PHARMACY, AMERISOURCE BERGER DRUG CORP., f/k/a AMERISOURCE CORPORATION, JAMES BRUDNICK COMPANY, INC., COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, and INTERNAL REVENUE SERVICE,<br><br>        Defendants. | Civil No. _____<br><br>**04 cv 10358 RWZ**<br><br>Formerly<br>No. 2004-00045<br>Essex County Superior Court |

### UNITED STATES' REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On, or about, February __23__, 2004, the defendant United States of America removed this action to this Court. The defendant United States hereby respectfully requests this Court to enter an order enlarging, to and including March 26, 2004, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

No memorandum is submitted in support of this request as it is not a motion. As provided by Rule 6(b)(1) of the Federal Rules of Civil Procedure, the district court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period." (emphasis added) In contrast, Rule 6(b)(2) limits enlargements to the granting of motions made

upon grounds of excusable neglect. Accordingly, here we are making a timely request under Rule 6(b)(1).

In making this request, we note that Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal. The undersigned trial counsel represents that more than five days are required to prepare and to serve an appropriate response raising the defenses of the United States. Therefore, the United States requests thirty days in which to file a response to the complaint. A proposed Order is enclosed herewith.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 23 February 2004

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

Barbara Healy Smith, AUSA
United States Attorney's Office
One Courthouse Way
Suite 9200
Boston, Massachusetts 02210
(617) 748-3282

LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov