UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 04-10358-RWZ
(Formerly Case No. 2004-00045
Essex Co. Sup. Ct
Massachusetts)

| | |
|---|---|
| CARDINAL HEALTH 106, INC., f/k/a JAMES W. DALY, INC., d/b/a CARDINAL HEALTH, <br>   Plaintiff <br> v. <br> ALDAMEL, INC., D/B/A CRESCENT PHARMACY, AMERISOURCE BERGER DRUG CORPORATION F/K/A AMERISOURCE CORPORATION, JAMES BRUDNICK COMPANY, INC., COMMONWEALTH OF MASSACHUSETTS DEPARTMENT OF REVENUE, AND INTERNAL REVENUE SERVICE, <br>   Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DISCLAIMER OF INTEREST

The Commonwealth of Massachusetts Commissioner of Revenue disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendant, Aldamel, Inc.

ALAN LEBOVIDGE
COMMISSIONER OF REVENUE

By his attorney,

_/s/ Eileen Ryan McAuliffe_
Eileen Ryan McAuliffe (BBO# 435260)
Counsel for the Commissioner
Department of Revenue
Litigation Bureau, 7TH Floor
P.O. Box 9565
100 Cambridge Street
Boston, Massachusetts 02114-9565
(617) 626-3217

DATED: February 26, 2004
Docs#168961/ERM

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, hereby certify that I have served a copy of the within Notice of Disclaimer upon:

Jeffrey B. Loeb, Esq.
176 Federal Street, 6th Floor
Boston, Massachusetts 021110

Attorney Lydia Bottome
Civil Trial Section, Northern Region
U.S. Justice Department
P.O. Box 55
Ben Franklin Station
Washington, D.C. 20044

Attorney Barbara Healy Smith
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, Massachusetts 02110

by mailing a copy, first class mail, postage prepaid.

_____
Eileen Ryan McAuliffe

**DATED: February 26, 2004**

#168961