UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CARDINAL HEALTH 106, INC.,<br>f/k/a James W. Daly, Inc.,<br>d/b/a Cardinal Health,<br><br>Plaintiff,<br><br>v.<br><br>ALDAMEL, INC.,<br>d/b/a Crescent Pharmacy, et al.,<br><br>Defendants. | CIVIL ACTION<br>No. 04-10358-RWZ |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to

copies of the state court pleadings received from the Clerk/Magistrate of the Essex

Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY:    Barbara Healy Smith
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of
record for each other party by mail on
4 March 2004

Barbara Healy Smith
Assistant U.S. Attorney

**Commonwealth of Massachusetts**
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2004-00045
### Cardinal Health 106 Inc v Aldamel Inc et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 01/12/2004 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 02/26/2004 | **Session** | A - Civil-CtRm 2 -rear (Salem) | | |
| **Origin** | 1 | **Case Type** | D13 - Declaratory judgement (231A) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 04/11/2004 | **Answer** | 06/10/2004 | **Rule12/19/20** | 06/10/2004 |
| **Rule 15** | 04/06/2005 | **Discovery** | 03/02/2006 | **Rule 56** | 05/01/2006 |
| **Final PTC** | 08/29/2006 | **Disposition** | 01/11/2007 | **Jury Trial** | No |

## PARTIES

**Plaintiff**
Cardinal Health 106 Inc
Active 01/12/2004

**Private Counsel 546916**
Jeffrey B Loeb
The Weld Building
176 Federal Street 6th floor
Boston, MA 02110
Phone: 617-556-3800
Active 01/12/2004 Notify

**Alias defendant name**
James W  Daly Inc
Active 01/12/2004

**Doing busnss as (alias)**
Cardinal Health
Active 01/12/2004

**Defendant**
Aldamel Inc
Served: 01/20/2004
Served (answr pending) 02/02/2004

A TRUE COPY, ATTEST

DEPUTY ASST. CLERK

MAS-20031124
vernavad

Case 1:04-cv-10358-RWZ    Document 5    Filed 03/04/2004    Page 3 of 8

Commonwealth of Massachusetts
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

02/26/2004
03:04 PM

## ESCV2004-00045
## Cardinal Health 106 Inc v Aldamel Inc et al

**Doing busnss as (alias)**
Crescent Pharmacy
Active 01/12/2004

**Defendant**
AmeriSource Berger Drug Corporation
Served: 01/15/2004
Served (answr pending) 02/02/2004

**Alias defendant name**
AmeriSource Corporation
Active 01/12/2004

**Defendant**
James  Brudnick Company Inc
Served: 01/15/2004
Served (answr pending) 02/02/2004

**Defendant**
Commonwealth of Massachusetts Department of
Revenue
Service pending 01/12/2004

**Private Counsel 435260**
Eileen Ryan McAuliffe
Mass Revenue Dept
100 Cambridge Street
PO Box 9565
Boston, MA 02114-9565
Phone: 617-626-3217
Fax: 617-626-3245
Active 02/06/2004 Notify

**Defendant**
Internal Revenue Service
Served: 01/14/2004
Served (answr pending) 02/02/2004

**ENTRIES**

**Commonwealth of Massachusetts**
ESSEX SUPERIOR COURT
Case Summary
Civil Docket

### ESCV2004-00045
### Cardinal Health 106 Inc v Aldamel Inc et al

| Date | Paper | Text |
|------|-------|------|
| 01/12/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 01/12/2004 | | Origin 1, Type D13, Track A. |
| 02/02/2004 | 2.0 | SERVICE RETURNED: Aldamel Inc(Defendant) in hand to Brenda Rongone, agent in charge at time of service filed 1/28/04 |
| 02/02/2004 | 3.0 | SERVICE RETURNED: Internal Revenue Service(Defendant) in hand to Florence Cavalier, agent, in charge at time of service filed 1/28/04 |
| 02/02/2004 | 4.0 | Affidavit of Jeffrey Loeb, regarding service to James Brudnick Company, Inc., and AmeriSource Bergen Drug Corporation, by certified mail, return receipt, copies, Filed 1/28/04 |
| 02/02/2004 | 4.1 | SERVICE RETURNED (summons): James Brudnick Company Inc, service made on January 15, 2004 (copy of certified mail) see affidavit, filed 1/28/04 |
| 02/02/2004 | 4.2 | SERVICE RETURNED (summons): AmeriSource Berger Drug Corporation, service made on January 15, 2004 (copy certified mail) see affidavit of service filed 1/28/04 |
| 02/06/2004 | 5.0 | Atty Eileen Ryan McAuliffe's notice of appearance for Commonwealth of Massachusetts Department of Revenue filed 2/5/04 |
| 02/26/2004 | 6.0 | Notice of Filing of Notice of Removal from this Court to United States District Court for the District of Massachusetts, Cert of Service. All correspondence received from this day forward to be sent to Barbara Healy Smith, Esq., Assistant United States Attorney, U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02110.. |

| EVENTS | | | |
|--------|--------|-------|--------|
| Date | Session | Event | Result |
| 01/12/2005 | Civil-CtRm 2 -rear (Salem) | Status: by clerk Anniversary Fee. | |

COMMONWEALTH OF MASSACHUSETTS

ESSEX, ss

SUPERIOR COURT DEPARTMENT
CIVIL NUMBER

4 0045

| | |
|---|---|
| Cardinal Health 106, Inc., | ) |
| f/k/a James W. Daly, Inc., d/b/a | ) |
| Cardinal Health, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Aldamel, Inc., | ) |
| d/b/a Crescent Pharmacy, | ) |
| AmeriSource Berger Drug | ) |
| Corporation f/k/a AmeriSource | ) |
| Corporation, | ) |
| James Brudnick Company, Inc., | ) |
| Commonwealth of Massachusetts | ) |
| Department of Revenue, and | ) |
| Internal Revenue Service, | ) |
|     Defendants. | ) |

**COMPLAINT**

1.    Cardinal Health 106, Inc., f/k/a James W. Daly, Inc., the Plaintiff in the above-captioned Action, is a Massachusetts corporation with a usual place of business located in Peabody, Essex County, Massachusetts.

2.    Aldamel Inc., d/b/a Crescent Pharmacy, a Defendant in the above captioned Action, purports to be a Massachusetts corporation with a usual place of business located at 351 Salem Street, Woburn, Massachusetts.

3.    AmeriSource Berger Drug Corporation f/k/a AmeriSource Corporation, a Defendant in the above-captioned Action, purports to be a Delaware corporation, with a usual place of business located at 1300 Morris Drive, Suite 100, Chesterbrook, Pennsylvania.

4.     The James Brudnick Company, Inc., a Defendant in the above-captioned Action, purports to be a Delaware corporation with a usual place of business located at 1300 Morris Drive, Chesterbrook, Pennsylvania.

5.     The Department of Revenue for the Commonwealth of Massachusetts, a Defendant in the above-captioned Action, is a division of the Commonwealth of Massachusetts with a usual place of business located at 51 Sleeper Street, Boston, Massachusetts.

6.     The Internal Revenue Service, a Defendant in the above-captioned Action, has a usual place of business located at 1 Montvale Avenue, Stoneham, Massachusetts.

7.     The Plaintiff is a judgment creditor of Aldamel, Inc., having obtained a judgment in the amount of $38,919.34 in the Peabody District Court in the civil action titled James W. Daly, Inc., v. Aldamel, Inc., Civil Action Number 9536CV0053.

8.     On or about October 11, 1996, the Plaintiff brought a Reach and Apply Action against Aldamel, Inc., and Kemper National Insurance Company (hereinafter "Kemper") in the Essex County (Massachusetts) Superior Court.

9.     On or about November 4, 1996, the Plaintiff obtained an Order from the Essex County (Massachusetts) Superior Court enjoining Kemper from making any payments to Aldamel, Inc.,

10.     As the Plaintiff was a judgment creditor, the effective date of its lien is October 11, 1996.

11.     On or about August 26, 1999, final judgment was entered in favor of the Plaintiff in the Essex County (Massachusetts) Superior Court (a copy of the judgment is attached hereto as Exhibit 1).

12.    In or around March 2002, Aldamel, Inc. and Kemper entered into an agreement pursuant to which Kemper agreed to pay Aldamel, Inc. $20,000 as full settlement of Aldamel, Inc.'s claims.

13.    On or about May 27, 2003, Kemper issued a check in the amount of $20,000 payable to Aldamel, Inc., d/b/a Crescent Pharmacy and M.P. Hickey, Esq. and the Internal Revenue Service and the J. Brudnick Co., Inc., and the Commonwealth of Massachusetts and J. W. Daly, Inc., and AmeriSource Corporation.

14.    Each of the parties to this Action has asserted an interest in the above referenced settlement proceeds.

15.    The Internal Revenue Service has provided documentation to support its claim of a priority lien in the amount of $8,344.84.

16.    None of the other Defendants have provided any justification for their apparent claim that they are entitled to a portion of the above referenced settlement proceeds.

17.    Despite repeated demands, Aldamel, Inc., d/b/a Crescent Pharmacy has refused to acknowledge the Plaintiff's lien on the above referenced settlement proceeds.

18.    An actual controversy exist between the parties relative to their entitlement to a portion of the above referenced settlement proceeds.

Wherefore, Cardinal Health 106, Inc., the Plaintiff in the above-captioned Action, respectfully requests that this Court issue an Order:

A.    Determining the extent and priority as to the lien that each of the parties to this Action has on Kemper Insurance Company's claim check number 522-0-222-620 in the amount of $20,000 and any replacement check;

B.    Order each party to endorse Kemper Insurance Company's claim check number 522-0-222-620 and any replacement check so that the proceeds can be distributed based upon the priority of the liens held by each party;

C.    Grant such other and further relief as this Court deems just and appropriate.

Respectfully submitted,
The Plaintiff
By Its Attorney,

Jeffrey B. Loeb, BBO# 546916
Rich May, A Professional Corporation
176 Federal Street, 6th Floor
Boston, MA 02110
(617) 556-3800

Dated January 9 , 2004