UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDINAL HEALTH 106, INC.<br>Plaintiff,<br><br>v.<br><br>ALDAMEL, INC., et al.<br>Defendants. | )<br>)<br>)<br>)  Case No: 04-10358-RWZ<br>)<br>)<br>)<br>)<br>) |

**REQUEST FOR DEFAULT**

I, Jeffrey B. Loeb, attorney for the plaintiff in the above captioned Action, state that the Complaint in this Action was filed on January 9, 2004 and that the summons and a copy of the Complaint were served on Aldamel, Inc., January 20, 2004, as appears from the officer's return; and that this defendant has failed to serve a responsive pleading or to otherwise defend as provided by Rule.

Therefore, I request that default be entered against defendant Aldamel, Inc. d/b/a Crescent Pharmacy, in this action.

Signed under the pains and penalties of perjury.

                                                                  _____
                                                                  Jeffrey B. Loeb, BBO # 546916
                                                                  Rich May, a Professional Corporation
                                                                  The Weld Building
                                                                  176 Federal Street
                                                                  Boston, MA 02110

Dated: March 3, 2004

K:\Clients\Cardinal Health - 84003\Crescent Pharmacy\Request for Default 30304.doc