UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1-04-CV-10358 RWZ

| | |
|---|---|
| CARDINAL HEALTH 106, INC., <br> F/K/A JAMES W. DALY, INC. <br> D/B/A CARDINAL HEALTH <br> <br> Plaintiff, <br> <br> v. <br> <br> ALDAMEL, INC., D/B/A <br> CRESCENT PHARMACY, <br> AMERISOURCE BERGEN <br> DRUG CORP., F/K/A <br> AMERISOURCE CORP., <br> JAMES BRUDNICK COMPANY, <br> INC. COMMONWEALTH OF <br> MASSACHUSETTS DEPT. OF <br> REVENUE AND INTERNAL <br> REVENUE SERVICE, <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AMERISOURCE BERGEN DRUG CORPORATION F/K/A AMERISOURCE CORPORATION'S RULE 26(A)(1) DISCLOSURE**

Defendant AmeriSource Bergen Drug Corporation f/k/a AmeriSource Corporation (hereinafter "AmeriSource") by its undersigned counsel, hereby submits its Rule 26(A)(1) Disclosure as follows:

    A.   Names of individuals with discoverable information:

        Richard Carter, Credit Officer, AmeriSource Corporation, Thorofare, New Jersey.

    B.   Relevant documents:

        1.   AmeriSource Corporation new account information re: Aldamel, Inc.

    2.    Affidavit of debt in the amount of the $11,986.94 due and payable to AmeriSource Corporation from Aldamel, Inc.

    3.    Affidavit in Support of Motion for Keeper in the amount of $11,986.94.

    4.    Statements/ Invoices from AmeriSource to Aldamel, Inc., for goods ordered and delivered.

C.    Computation of damages:

$11,986.94.

D.    Insurance Agreements:

(N/A)

Respectfully submitted,

AMERISOURCE BERGEN DRUG CORPORATION F/K/A AMERISOURCE CORPORATION

By its attorneys,

*Original Signature on File with the Court*

_____
Christopher Maffucci, BBO #645972
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA  02210
(617) 426-5900

Dated:  April 20, 2004

CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon each party by mail on April 20, 2004

*Original Signature on File with the Court*

_____
Christopher Maffucci

8080.0/318180.1

2