UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CARDINAL HEALTH 106, INC.
       Plaintiff

V.

                                                  CIVIL ACTION: 04CV10358-RWZ

ALDAMEL, INC.
       Defendant

## NOTICE OF DEFAULT

Upon application of the plaintiff CARDINAL HEALTH, for an order of default for failure of the defendant ALDAMEL, INC., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 24TH day of FEB., 2005.

                                                  By the Court,

                                                  __s/ Lisa A. Urso _
                                                      Deputy Clerk

Notice mailed to:

ATTYS. & DEFT.

```
default.ntc
```