UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE.

2005 MAR 24 P 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| CARDINAL HEALTH 106, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALDAMEL, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Case No: 04-10358-RWZ <br> ) <br> ) <br> ) <br> ) <br> ) |

## AGREEMENT FOR JUDGMENT

Aldamel, Inc., having been defaulted for failing to file a responsive pleading, and the Department of Revenue for the Commonwealth of Massachusetts having filed a pleading disclaiming any interest in the proceeds at issue in this matter, the remaining parties to this Action hereby agree that judgment shall be entered as follows:

1.    The Internal Revenue Service shall have a priority lien in the amount of $14,660.69, as of March 11, 2005, plus interest accruing according to law;

2.    Cardinal Health 106, Inc., shall have a subordinate lien in the amount of $38,919.34;

3.    No other party shall have an interest in the proceeds from check #522-0-222-620 issued by Kemper Insurance Company dated May 27, 2003, or any check issued in replacement thereof;

4.    Kemper Insurance Company shall issue separate replacement checks in the combined amount of Twenty Thousand Dollars ($20,000.00), which checks shall be separately payable to the United States Treasury and to Cardinal Health 106, Inc. in the amounts of their

respective interests, as agreed upon by their attorneys on the day the checks are issued by Kemper;

5.    A certified copy of this judgment shall, following endorsement by the Court, be served upon Kemper; and

6.    All parties hereby waive any rights of appeal.

Respectfully submitted,

Cardinal Health 106, Inc.,
By its attorneys,


Jeffrey B. Loeb, BBO # 546916
Rich May, a Professional Corporation
176 Federal Street, 6th Floor
Boston, MA  02110


United States,
By its attorney,


Lydia Bottome Turanchik, Esq.
U.S. Department of Justice
Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC  20001


AmeriSource and Brudnick,
By their attorneys,


Christopher P. Maffucci, Esq.
Casner & Edwards, LLP
303 Congress Street
Boston, MA  02210


Dated:  March 22, 2005

IT IS SO ORDERED.

Dated: March _____,2005

_____
DISTRICT JUDGE ZOBEL
United States District Court
District of Massachusetts

K:\Clients\Cardinal Health #106 - 84003\Crescent Pharmacy\agreement for judgment.doc