UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDINAL HEALTH 106, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No: 04-10358-RWZ |
| v. ) | |
| ) | |
| ALDAMEL, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## AGREEMENT FOR JUDGMENT

Aldamel, Inc., having been defaulted for failing to file a responsive pleading, and the Department of Revenue for the Commonwealth of Massachusetts having filed a pleading disclaiming any interest in the proceeds at issue in this matter, the remaining parties to this Action hereby agree that judgment shall be entered as follows:

1. The Internal Revenue Service shall have a priority lien in the amount of $14,660.69, as of March 11, 2005, plus interest accruing according to law;

2. Cardinal Health 106, Inc., shall have a subordinate lien in the amount of $38,919.34;

3. No other party shall have an interest in the proceeds from check #522-0-222-620 issued by Kemper Insurance Company dated May 27, 2003, or any check issued in replacement thereof;

4. Kemper Insurance Company shall issue separate replacement checks in the combined amount of Twenty Thousand Dollars ($20,000.00), which checks shall be separately payable to the United States Treasury and to Cardinal Health 106, Inc. in the amounts of their



respective interests, as agreed upon by their attorneys on the day the checks are issued by Kemper;

    5.    A certified copy of this judgment shall, following endorsement by the Court, be served upon Kemper; and

    6.    All parties hereby waive any rights of appeal.

                  Respectfully submitted,

                  Cardinal Health 106, Inc.,
                  By its attorneys,

                  _____
                  Jeffrey B. Loeb, BBO # 546916
                  Rich May, a Professional Corporation
                  176 Federal Street, 6th Floor
                  Boston, MA 02110

                  United States,
                  By its attorney,

                  _____
                  Lydia Bottome Turanchik, Esq.
                  U.S. Department of Justice
                  Tax Division
                  P.O. Box 55
                  Ben Franklin Station
                  Washington, DC 20001

                  AmeriSource and Brudnick,
                  By their attorneys,

                  _____
                  Christopher P. Maffucci, Esq.
                  Casner & Edwards, LLP
                  303 Congress Street
                  Boston, MA 02210

Dated: March 22, 2005

``
```
```
IT IS SO ORDERED.

Dated: March 28, 2005

_____
DISTRICT JUDGE ZOBEL
United States District Court
District of Massachusetts

K:\Clients\Cardinal Health #106 - 84003\Crescent Pharmacy\agreement for judgment.doc